DEFENDANT:  Isaac Meraz

YOB: 2004

ADDRESS (CITY/STATE):  1211 City Park Avenue, Fort Collins, Larimer County, Colorado, 80521

OFFENSE(S): 18 U.S.C. § 2113(e), Bank Robbery- Forced Accompaniment

LOCATION OF OFFENSES (COUNTY/STATE):  Larimer County, Colorado

PENALTY:  NLT 10 years NMT life imprisonment; NMT $250,000 fine, or both; NMT three years supervised release; $100 special assessment.

AGENT:  Special Agent Benjamin S. Harris, FBI

AUTHORIZED BY:    Brian Dunn,
                  Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less       _____  over five days       _____  other

THE GOVERNMENT

  X   will seek detention in this case       _____  will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:      _____       Yes       X   No